# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Kristi D. Scott, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-00491-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolyn W. Colvin, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 22, 2015 Order.

September 22, 2015

Frank G. Johns, Clerk
United States District Court